IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM C. CARN, III, as Chapter 7 Trustee, of SpecAlloy Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>LYLE PELUSO, JR.,<br>MEAGHAN PELUSO,<br>WAYNE RATNER,<br>MICKEY CHRISTO, and<br>PANHANDLE EMPLOYMENT AGENCY, LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:18-cv-893-ALB<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This matter comes before the court sua sponte. It is ORDERED that the pre-trial and trial dates are generally CONTINUED. The Parties are DIRECTED to file a joint status report the first day of every month.

**DONE** and **ORDERED** this 6th day of August 2019.

                                        /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                                      UNITED STATES DISTRICT JUDGE