IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. CARN, III, as Chapter 7 Trustee of SpecAlloy Corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-893-ALB |
| LYLE PELUSO, JR.; MEAGHAN PELUSO; WAYNE RATNER; MICKEY CHRISTO; and PANHANDLE EMPLOYMENT AGENCY, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the parties' Stipulation of Dismissal (Doc. 57) filed on September 3, 2019, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

**DONE** this 4th day of September, 2019.

                                              /s/ Andrew L. Brasher
                                         ANDREW L. BRASHER
                                         UNITED STATES DISTRICT JUDGE